**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **CONSEJO DE SALUD PLAYA DE PONCE INC.,**<br>　　　**Plaintiff**<br>**v.**<br>**HON. JAIME RIVERA DUEÑO,** Secretary Department of Health Commonwealth of Puerto Rico<br>　　　**Defendants** | **Civil No. 06-1260 (GAG)** |
| **RIO GRANDE COMMUNITY HEALTH CENTER, INC.,** *et al.,*<br>　　　**Plaintiffs**<br>**v.**<br>**HON. JAIME RIVERA DUEÑO,** Secretary Department of Health Commonwealth of Puerto Rico<br>　　　**Defendant** | **Civil No. 03-1640 (GAG)**<br>**(Consolidated with Case No. 06-1260)** |

**MOTION REQUESTING LEAVE TO SUBMIT**
**DOCUMENTS IN THE SPANISH LANGUAGE**

**TO THE HONORABLE COURT:**

　　**COME NOW**, the Commonwealth defendants (the "Defendants"), through the undersigned attorneys and respectfully state and pray as follows:

　　1.　　Local Rule 10(b) requires that all documents not in the English language used throughout proceedings before this Honorable Court must be translated from its original language to the English language.

　　2.　　However, the Court in its discretion may allow for the temporary filing of documents without their corresponding translation.

　　3.　　The undersigned attorneys filed an *Informative Motion Regarding Objections to Consejo de Salud's Report and Recommendation* that includes as an attachment a document in

the Spanish language.

    4.    Defendant hereby requests for the Court to accept such document while the certified translation is completed.

    **WHEREFORE**, Defendant respectfully request from this Honorable Court to accept the Spanish language document filed with its *Informative Motion Regarding Objections to Consejo de Salud's Report and Recommendation*, and grant Defendant until November 30th 2009 to file the corresponding certified translation..

    **IT IS HEREBY CERTIFIED** that this motion has been filed using the CM/ECF system, which shall notify the attorneys for the defendants to their respective e-mail addresses of record.

    Respectfully submitted in Guaynabo, Puerto Rico; on November 12, 2009.

**ALDARONDO & LÓPEZ BRAS**
ALB Plaza
#16 Carr.199, Suite 400
Guaynabo, P.R. 00969
Tel. 787-474-5447
Fax. 787-474-5451
e-mail: alb@alblegal.net

*S/ **Eliezer Aldarondo López***
Eliezer Aldarondo López
USDC 225906

S/ ***Marla Hadad Orta***
Marla Hadad Orta
USDC 226811

2